IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY MATTIA | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 14-2099 |
| ALLSTATE INSURANCE COMPANY | : | |

### ORDER

**AND NOW**, this  24th  day of  June , 2014, upon consideration of Defendant Allstate Property and Casualty Insurance Company's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b) (ECF No. 4), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **GRANTED**.

IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**